DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LANCE FAISON,

Appellant,

v.

BEST BUY STORES, LP,

Appellee.

No. 2D2023-2133
————————————————

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Gil Sanchez, III, of Black Rock Trial Lawyers, PLLC, Tampa, for Appellant.

Jeffrey A. Albinson and Dale T. Golden of Golden Albinson Proulx, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.